IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LAIXION NETWORK TECHNOLOGY LTD., <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC.; INSTAGRAM LLC, <br><br> Defendants. | CASE NO. 6:24-CV-00148-JKP-DTG |

**DECLARATION OF RICHMOND WATKINS IN SUPPORT OF
DEFENDANTS' MOTION TO TRANSFER VENUE TO THE
NORTHERN DISTRICT OF CALIFORNIA**

I, Richmond Watkins, do declare and state as follows:

1. My name is Richmond Watkins. I am at least eighteen (18) years of age. I have personal knowledge of, and am competent to testify to, the facts stated herein (or I am aware of such facts upon information and belief based on my experience and inquiry into this matter).

2. This declaration is submitted in support of Defendants' Motion to Transfer Venue to the Northern District of California.

3. I have been an employee of Meta Platforms, Inc. ("Meta") since ███████.

4. ████████████████████████

5. I have been advised that Meta and Instagram LLC ("Instagram") are accused of infringing a patent related to a method for sharing lists and data, and that the Plaintiff's infringement allegations are directed to functionality in Instagram Collabs.

6. ████████████████████████

-1-

-2-

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████

7.      ████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████

8.      In addition to the engineering team, the following Meta and Instagram employees are knowledgeable about the design, development, and use of Instagram Collabs. ████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████

9.      ████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████

10.     I have been advised that the Western District of Texas comprises the counties of Andrews, Atascosa, Bandera, Bastrop, Bell, Bexar, Blanco, Bosque, Brewster, Burleson, Burnet,

Caldwell, Comal, Coryell, Crane, Culberson, Dimmit, Ector, Edwards, El Paso, Falls, Fort Cavazos Military Reservation, Freestone, Frio, Gillespie, Gonzales, Guadalupe, Hamilton, Hays, Hill, Hudspeth, Jeff Davis, Karnes, Kendall, Kerr, Kimble, Kinney, Lampasas, Lee, Leon, Limestone, Llano, Loving, Martin, Mason, Maverick, McCulloch, McLennan, Medina, Midland, Milam, Pecos, Presidio, Real, Reeves, Robertson, San Saba, Somervell, Terrell, Travis, Upton, Uvalde, Val Verde, Ward, Washington, Williamson, Wilson, Winkler, and Zavala.

11. I have investigated the teams and employees that have contributed to Instagram Collabs since its launch. I am not aware of any Meta or Instagram employees in the Western District of Texas who currently work on or have ever worked on Instagram Collabs.

12. Meta's worldwide headquarters is located in Menlo Park, California. Instagram's worldwide headquarters is also located in Menlo Park, California.

13. Documents regarding the design, development, and operation of Instagram Collabs (including source code) were created primarily in Meta's and Instagram's Northern California and New York City offices. Documents related to tracking usage of Instagram Collabs were created in Meta's Northern California offices.

14. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

15. I am not aware of any documents related to Instagram Collabs being stored locally, whether electronically or on paper, in the Western District of Texas.

16.    I was asked to confirm the titles and locations of current Meta employees Alex Douglas Cornell, Holly Marie Ormseth, and William Bailey. ███████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed in San Francisco, California this __8__th day of August 2024.

*[signature]*

Richmond Watkins
Meta Platforms, Inc.